UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-62709-CIV-DIMITROULEAS

ROWAN GEORGE HEMMINGS,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.

_____/

### ORDER GRANTING MOTION TO DISMISS AND CLOSING CASE

THIS CAUSE is before the Court on Movant Hemmings' Unopposed Motion to Dismiss With Prejudice [DE 14]. The Court has carefully reviewed the Motion [DE 14], notes that it is unopposed, and heard from Movant at a hearing on March 18, 2016, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion [DE 14] is **GRANTED**;

2. The Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 is **DISMISSED with prejudice**; and

3. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot. The Court denies a Certificate of Appealability.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 18th day of March 2016.

*[signature]*

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record